DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANGELES ZARAGOZA, Bar #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ORLANDO MEDINA-PARTIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-12-383-JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE; ORDER EXCLUDING TIME |
| ORLANDO MEDINA-PARTIDA, | ) |
| | ) DATE: January 29, 2013 |
| Defendant. | ) TIME: 9:30 a.m. |
| | ) JUDGE: John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status conference on December 11, 2012.

   2.   By this stipulation, defendant now moves to continue the status conference until January 29, 2013 at 9:45 a.m. and to exclude time between December 11, 2012 and January 29, 2013 under Local Code T4. Plaintiff does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   Discovery has been produced directly to counsel and/or made available for inspection and copying.

      b.   Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

      c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.   The government does not object to the continuance.

      e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 11, 2012 to January 29, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

///

///

additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 29, 2012            DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Angeles Zaragoza
                                    ANGELES ZARAGOZA
                                    Counsel for Defendant
                                    ORLANDO MEDINA-PARTIDA


DATED: November 29, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Angeles Zaragoza for
                                    NIRAV DESAI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

IT IS SO FOUND AND ORDERED this 30th day of November, 2012.


                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge